# ELECTRONIC RECORD

COA #  07-13-00116-CR                    OFFENSE:  29.03

STYLE:  Andre Norris v. The State of Texas    COUNTY:  Lubbock

COA DISPOSITION:      AFFIRMED          TRIAL COURT:  364th District Court

DATE: 10/21/2014          Publish: NO   TC CASE #:    2013-437,508

# IN THE COURT OF CRIMINAL APPEALS

STYLE:    Andre Norris v. The State of Texas          CCA #:      **1536-14**

_____APPELLANT'S_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE:        _____

_____REFUSED_____                    JUDGE:        _____

DATE: 02/04/2015                    SIGNED: _____          PC: _____

JUDGE: _Per Curiam_                    PUBLISH: _____          DNP: _____

--------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD